**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas J. WATTLEY, Jr.,**
**Defendant–Appellant.**

No. 05–10515
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Floyd Clardy, Susan B. Cowger, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**348**

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Thomas J. Wattley, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Wattley has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

